**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Jill Kathryn Arno Peterson

Appellate case number:   01-18-01029-CV

Trial court case number: 2018-43305

Trial court:                     280th District Court of Harris County

      Relator Jill Kathryn Arno Peterson filed a petition for writ of mandamus on November 19, 2018. Today, relator filed a motion for emergency relief.

      The court requests that real party in interest Donald Jonathan Peterson file a response to the emergency motion by **Wednesday, November 21, 2018, at noon**.

      It is so ORDERED.


Judge's signature: ___/s/ Michael Massengale_____
                ☒  Acting individually     ☐  Acting for the Court


Date:   __November 20, 2018_____